UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RACIEL ZALDIVAR PROENZA,

Petitioner,

v.

CURTIS ALJETS, District Director, Immigration and Naturalization Service, KEVIN D. ROONEY, Acting Director, Immigration and Naturalization Service, and JOHN ASHCROFT, Attorney General of the United States,

Respondents.

Civil No. 01-1279 (MJD/ESS)

**ORDER**

Petitioner, an inmate at the Minnesota Correctional Facility in Rush City, Minnesota, has filed an application for habeas corpus relief under 28 U.S.C. § 2241, claiming that he being is confined in violation of his rights under federal law and the U.S. Constitution.

Respondents are directed to make a return in writing within 20 days from the date of this order, certifying the true cause of Petitioner's confinement and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's confinement;

2. A reasoned memorandum of law and fact explaining why Respondents believe the writ should not be granted, and setting forth Respondents' recommendation as to whether an evidentiary hearing should be conducted in this matter; and

FILED AUG 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

3. Certified copies of all prison records, immigration records, or other documents that may be relevant to the issues raised by the petition.

Absent compliance with this order within the 20 day time period, the court will entertain a motion to grant the relief prayed for in said petition. Upon the filing of the foregoing, the parties shall await the further order of this court.

Dated: August 20, 2001

E.S. SWEARINGEN,
United States Magistrate Judge