UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1279 MJD/ESS

RACIEL ZALDIVAR PROENZA,

Petitioner,

v.

CURTIS ALJETS, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE; KEVIN D. ROONEY, ACTING DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE; and JOHN ASHCROFT, ATTORNEY GENERAL OF THE UNITED STATES,

Respondents.

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to the Stipulation of Dismissal Without Prejudice filed in this case and incorporated herein by reference, it is hereby **ORDERED** as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition is dismissed without prejudice as moot, each party to bear its own attorney's fees, costs, and disbursements herein.

Dated: Sept. 18, 2001

MICHAEL J. DAVIS
United States District Court Judge

FILED SEP 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______